Purchasers Securities Corporation, appellee, v. Weekly Racing Guide et al., appellants. Gen. No. 33,516.

Opinion filed July 8, 1929. Rehearing denied July 17, 1929.

Kirkland, Fleming, Green & Martin, for appellants; Weymouth Kirkland, Robert N. Golding and Dillon R. Brown, of counsel. John Lewis Smith and John T. Evans, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Citizens Trust & Savings Bank, complainant, appellee, v. Anne Blair et al., defendants, on appeal of Catherine C. Smith, defendant, appellant. Gen. No. 33,667.

Opinion filed July 11, 1929.

Ossian Cameron and Edward H. S. Martin, for appellant Catherine C. Smith. Sonnenschein, Berkson, Lautmann & Levinson, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

N. Isaacson for use of, Motor Club Service Corporation and Inter Insurance Exchange, plaintiffs in error, v. Emanuel M. Steiner, defendant in error. Gen. No. 33,383.

Opinion filed October 11, 1929.

William L. Hart, for plaintiffs in error; William L. Hart and Joseph P. Brodie, of counsel. Geo. D. Anthony, for defendant in error; John E. Wilson, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court

H. J. Margolis, appellee, v. Fidelity Bond & Mortgage Company, appellant. Gen. No. 33,401.

Opinion filed October 11, 1929. Rehearing denied October 22, 1929.

A. S. and E. W. Froehlich, for appellant. Edelson & Paullin, for appellee; Hyland J. Paullin, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.